5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

JERRY BOURQUIN )
 )
 ) Case No. 4:21-cv-00317-CWD
 )
v. )
 ) APPLICATION FOR ADMISSION
MEDICAL RECOVERY SERVICES, LLC et ) PRO HAC VICE
al. )
 )
 )
_____) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Robert W. Mitchell, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiff, Jerry Bourquin.

The applicant hereby attests as follows:

1. Applicant resides in Jonesboro, Arkansas, and practices at the following address and phone number 1020 N. Washington, Spokane, WA 99201/ Phone: (509) 327-2224

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Washington State Supreme Court | 5/31/2016 |
| US District Court for Eastern and Western Washington | 12/1/2006 |
| US District Courts for: Colorado, W.D. Tennessee, Eastern | Various Dates |
| and Western Arkansas, Virginia, and S.D. Georgia | Various Dates |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Aaron R. Tillmann, a member in good standing of the bar of this court, of the firm of Tillmann Law, LLC, practices at the following office address and phone number: 101 SW Main Street, Suite 1905, Portland, OR 97204

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 10 day of AUGUST, 2021.

_____          _____
Applicant                                            Designee

Signed under penalty of perjury.